# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Tristan Chandler Stevens<br><br>Date of Birth: XXXXXXXX<br>*Defendant(s)* | )<br>)<br>)  Case: 1:21-mj-00198<br>)  Assigned to: Judge Harvey, G. Michael<br>)  Assign Date: 2/3/2021<br>)  Description: COMPLAINT W/ARREST WARRANT<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the
_____ in the District of ___Columbia___, the defendant(s) violated:

Code Section                          Offense Description

118 U.S.C. § 111(b) - Assaulting, resisting, or impeding certain officers or employees;
18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a) & (b) - Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2) - Violent Entry or Disorderly Conduct

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Steven A. Weatherhead, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: __02/03/2021__

*Judge's signature*

City and state: _____Washington, D.C._____   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*