AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00198 |
| | ) Assigned to: Judge Harvey, G. Michael |
| Tristan Chandler Stevens | ) Assign Date: 2/3/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Tristan Chandler Stevens**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

118 U.S.C. § 111(b) - Assaulting, resisting, or impeding certain officers or employees;
18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a) & (b) - Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2) - Violent Entry or Disorderly Conduct

Date: 02/03/2021

Digitally signed by G. Michael Harvey
Date: 2021.02.03 12:52:16 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
                                             *Printed name and title*

### Return

This warrant was received on *(date)* 02-03-21, and the person was arrested on *(date)* 02-05-21
at *(city and state)* Pensacola FL

Date: 02-05-21

*Arresting officer's signature*

Cody Medlock   DUSM
*Printed name and title*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
CRIMINAL MINUTES

Case No. 3:21-mj-30/HTC

Date: February 5, 2021
Time: 1:00 p.m. - 1:14 p.m.

DOCKET ENTRY: INITIAL APPEARANCE ON A COMPLAINT IN ANOTHER DISTRICT

PRESENT:
Honorable **Hope Thai Cannon**,   U.S. Magistrate Judge
Keri Igney,   Deputy Clerk
PNS Recorder,   Court Reporter
Jeffrey Tharp   Asst. U. S. Attorney
Randall Lockhart,   Defense Attorney
None,   Interpreter
Kailey Minnick,   Probation Officer

**Name of Defendant:** **TRISTAN CHANDLER STEVENS**, Warrant from District of Columbia
☒ Custody ☐ Bond ☐ O/R

**PROCEEDINGS:**

☒ Defendant advised that he/she is before a United States Magistrate Judge.

☒ Defendant advised of alleged charge(s) against him/her.

☒ Defendant advised not to make any statement before consulting an attorney.

☒ Defendant advised of his/her right to hire counsel or have counsel appointed.

☒ Defendant executed CJA Form 23 (Financial Affidavit) and sworn to its accuracy.

☒ Defendant appointed the services of the Federal Public Defender in PNS for limited purpose of IA and hearings in this district.   (see separate order)

☐ Defendant declined to complete CJA Form 23, and was advised that should he subsequently change his mind, he should file a CJA 23 with Clerk of Court.

☐ Defendant advised he will hire his own counsel.

☒ Defendant advised of his right to reasonable bail.

☒ Government moves for detention by oral motion.

☐ Defendant advised and **WAIVED** the Detention Hearing, identity hearing and preliminary hearing in this district.

☒ Detention hearing and preliminary hearing (as applicable) set for Wednesday, February 10,

3:21-mj-30/HTC

2021 by separate order and defendant temporarily detained. Defendant waived an identity hearing.

☐ Defendant committed to the Click or tap here to enter text., by separate order.

☐ Initial Appearance hearing set for Click or tap to enter a date. before Judge Click or tap here to enter text. at Click or tap here to enter text.

☐ Defendant released on conditions and directed to voluntarily appear at the initial appearance hearing set forth above.


Filed in open court
February 5, 2021
Deputy Clerk: kli

3:21-mj-30/HTC

# United States District Court
Criminal Minutes – Detention/Preliminary Hearing

| **Time Commenced** | 3:27 p.m. | **Case No.** | 3:21-mj-30/HTC |
|---|---|---|---|
| **Time Concluded** | 3:55 p.m. | **Date** | February 10, 2021 |

**PRESENT:**

**HONORABLE   HOPE T. CANNON   UNITED STATES MAGISTRATE JUDGE**

| Jeffrey Tharp | Kailey Minnick | Julie Wycoff | Keri Igney |
|---|---|---|---|
| Asst U. S. Attorney | Probation Officer | Court Reporter | Deputy Clerk |

| U.S.A. vs. DEFENDANT | ATTORNEY FOR DEFENDANT |
|---|---|
| (1) **TRISTAN CHANDLER STEVENS** | (1) Randall Lockhart, AFPD |
| ✓ Present  ✓ Custody   O/R | ✓ Present  ✓ Appointed   Retained |

**DOCKET ENTRY: DETENTION and PRELIMINARY HEARING as to DEFENDANT TRISTAN CHANDLER STEVENS. RULE 5 PROCEEDINGS.** Government's presentation for Probable Cause. Defense does not contest a finding of probable cause. Government moves for detention. Defense argues for release. Court rules Defendant shall be released. Conditions are imposed. See *Order Setting Conditions of Release* filed separately.

Defendant shall appear before Magistrate Judge Robin Meriweather in the District of Columbia, February 18, 2021 at 1:00 p.m. ET. Instructions to attend by ZOOM provided to Defendant, Defendant's counsel, U.S. Probation.

Government's Exhibit 1 shall be maintained in secure storage within the Clerk's office.

| | |
|---|---|
| 3:27 p.m. | Court in session: Probable Cause and Detention Hearing. |
| | Government advises the basis for detention. |
| | Government moves to admit Government's Exhibit 1 – Video evidence. |
| | No objection from Defense. |
| | Exhibit 1 is admitted. |
| | Government publishes video. Copy provided to the court on disk. |
| | Government asks the Court to adopt the Affidavit as part of the probable cause. |
| 3:37 p.m. | Defense has no contest of probable cause. |
| | Government moves for detention. |
| 3:38 p.m. | Defense refers the court to the pretrial services report. |
| 3:38 p.m. | Government's argument for detention. |
| 3:40 p.m. | Defense argument for release. |
| 3:48 p.m. | Court's ruling: Defendant shall be released under conditions of release. Order Setting Conditions of Release signed by Defendant. A hearing is scheduled for Defendant in the District of Columbia, Magistrate Judge Robin Meriweather, February 18, 2021 at 1:00 p.m. ET. Zoom instructions provided to Defendant, Defendant's Counsel, and Probation under separate cover. |
| 3:55 p.m. | Court is adjourned. |

**Filed in open Court**
**February 10, 2021**
**Deputy Clerk: kli**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 3:21-mj-30/HTC

TRISTAN CHANDLER STEVENS
_____/

ORDER

Defendant having appeared before the Court, and having been examined by the undersigned, and the Court having determined from the sworn testimony of the Defendant that said Defendant is qualified for appointment of counsel pursuant to the provisions of the Criminal Justice Act, it is hereby **ORDERED**:

The **FEDERAL PUBLIC DEFENDER**, Blount Building, Suite 200, 3 West Garden Street, Pensacola, Florida 32502, telephone number (850) 432-1418, is appointed to represent this Defendant and serve as counsel of record for the limited purpose of handling proceedings in this District. Further proceedings will be held before the United States District Court AS DIRECTED. If a Criminal Justice Act (CJA) panel attorney is selected by the Public Defender as Defendant's attorney, this order authorizes payment of the CJA attorney for work on behalf of Defendant from the time that attorney was contacted by the Public Defender to take the case and agreed to take the case, even though that work predated this order. The pretrial

service officer is hereby authorized to provide copies of the Defendant's criminal history to both parties.

**DONE** and **ORDERED** on February 5, 2021.

/s/ *Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 3:21-mj-30/HTC

TRISTAN CHANDLER STEVENS
_____/

WAIVER OF RULE 5 and 5.1 HEARING
(Complaint)

I understand that I have been charged in the District of Columbia.

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine if I am the person named in the complaint;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise -- unless I am indicted -- to determine whether there is probable cause to believe that an offense has been committed;

(5)   a hearing on any motion by the government for detention;

(6)   request transfer of the proceedings to this district pursuant to Fed. R. Crim. P. 20, in order to plead guilty,

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that ☐ my preliminary hearing and/or ☐ my detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
TRISTAN CHANDLER STEVENS

_____
Counsel for the Defendant

February 5, 2021

3:21-mj-30/HTC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                 Case No. 3:21-mj-30/HTC

TRISTAN CHANDLER STEVENS
_____/

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the government, it is **ORDERED** that a detention hearing is set for **February 10, 2021, at 3:30 p.m.**, before United States Magistrate Judge Hope T. Cannon in the **Third Floor North Courtroom** at the United States Courthouse, 1 N. Palafox Street, Pensacola, Florida.[1]  Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing on the above designated date and time.

Date:  February 5, 2021

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] *See* 18 U.S.C. § 3142.

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

United States of America )
v. )
TRISTAN CHANDLER STEVENS )   Case No. 3:21-mj-30
)
)
*Defendant* )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:  The United States District Court for the District of Columbia
*Place*
before United States Magistrate Judge Robin M. Mereweather via Zoom (instructions separately provided)

on    2/18/2021 1:00 pm
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/11) Additional Conditions of Release       Page 2 of 3 Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(  ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____    _____
                    Custodian             Date

(X) (7) The defendant must:
- (X) (a) submit to supervision by and report for supervision to the pretrial services officer (in person if so directed) or at __, telephone number 850-483-6486, no later than Noon on the first of the month.
- (  ) (b) continue or actively seek employment.
- (  ) (c) continue or start an education program.
- (X) (d) surrender any passport to: pretrial services officer by close of business on the first day following release
- (  ) (e) not obtain a passport or other international travel document.
- (X) (f) abide by the following restrictions on personal association, residence, or travel: Travel is restricted to the Northern District of Florida (or, if defendant lives outside the NDFL, travel is restricted to this district (for court purposes) and the district of residence). The pretrial services officer may approve requests for travel outside the district, but any such request must be made prior to travel.
- (  ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
- (  ) (h) get medical or psychiatric treatment: At discretion of Pretrial Services Officer _____
- (  ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
- (  ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
- (X) (k) not possess a firearm, destructive device, or other weapon or knowingly be in the presence of anyone who possesses firearms.
- (X) (l) not use alcohol (  ) at all (X) excessively.
- (X) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- (X) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- (X) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer at discretion of Pretrial Services Officer.
- (  ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
  - (  ) (i) **Curfew.** You are restricted to your residence every day (  ) from _____ to _____, or (  ) as directed by the pretrial services office or supervising officer; or
  - (  ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
  - (  ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
- (X) (q) submit to location monitoring, including electronic monitoring or GPS monitoring, as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
  - (  ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
- (X) (r) report within 24 hours, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
- (X) (s) Follow instructions of pretrial services officer. *Provide proof all firearms, weapons, ammunition and destructive devices have been removed from residence to include completion of Firearm Inventory Sheet, or other information as requested by Probation.*

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Defendant's Signature*

PENSACOLA, FLORIDA

*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:   2/10/2021

*Judicial Officer's Signature*

US MAGISTRATE JUDGE HOPE T. CANNON

*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

Page 1 of 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 3:21-mj-30/HTC

TRISTAN CHANDLER STEVENS
_____/

## ORDER OF RELEASE ON CONDITIONS

The Court conducted a detention hearing in this matter on February 10, 2021. The Government's motion to detain is denied after hearing. Defendant will be immediately released from custody and will be released subject to the terms and conditions separately set out in the Order Setting Conditions of Release.

DONE AND ORDERED this 10th day of February 2021.

/s/ Hope Thai Cannon
**Hope Thai Cannon**
**UNITED STATES MAGISTRATE JUDGE**

Query  Reports  Utilities  Help  What's New  Log Out

# U.S. District Court
# Northern District of Florida (Pensacola)
# CRIMINAL DOCKET FOR CASE #: 3:21-mj-00030-HTC-1

Case title: USA v. STEVENS

Date Filed: 02/05/2021
Date Terminated: 02/10/2021

Assigned to: MAGISTRATE JUDGE HOPE T CANNON

**Defendant (1)**

**TRISTAN CHANDLER STEVENS**
*TERMINATED: 02/10/2021*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA   represented by   **JEFFREY MICHAEL THARP**
DOJ-USAO
21 E GARDEN STREET
SUITE 400
PENSACOLA, FL 32502-5675
850-444-4000
Fax: 850-434-9050
Email: jeffrey.tharp@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2021 | 1 | COPY OF CRIMINAL COMPLAINT and ARREST WARRANT from District of Columbia, Case No. 1:21-mj-00198 by USA as to TRISTAN CHANDLER STEVENS. (kli) (Entered: 02/05/2021) |
| 02/05/2021 | 2 | Minute Entry for proceedings held before MAGISTRATE JUDGE HOPE T CANNON:Initial Appearance in Rule 5 Proceedings as to TRISTAN CHANDLER STEVENS held on 2/5/2021. Defendant detained. Defendant waives Identity hearing. Detention and Preliminary hearings scheduled for February 10, 2021 at 3:30 p.m. before MAGISTRATE JUDGE HOPE T. CANNON. (Court Reporter DCR Pensacola.) (kli) (Entered: 02/05/2021) |
| 02/05/2021 | 3 | CJA 23 Financial Affidavit by TRISTAN CHANDLER STEVENS (PDF sealed per Privacy Policy) (kli) (Entered: 02/05/2021) |
| 02/05/2021 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER FOR LIMITED PURPOSES as to TRISTAN CHANDLER STEVENS. Signed by MAGISTRATE JUDGE HOPE T CANNON on 2/5/2021. (kli) (Entered: 02/05/2021) |
| 02/05/2021 | 5 | WAIVER of Rule 5 Hearing - Identity Hearing by TRISTAN CHANDLER STEVENS. (kli) (kli). (Entered: 02/05/2021) |
| 02/05/2021 | 6 | NOTICE OF HEARING as to TRISTAN CHANDLER STEVENS: Detention Hearing and Preliminary Hearing set for **2/10/2021 03:30 PM** in U.S. Courthouse Pensacola before MAGISTRATE JUDGE HOPE T CANNON. (kli) (Entered: 02/05/2021) |
| 02/05/2021 | 7 | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT as to TRISTAN CHANDLER STEVENS. Detention Hearing set for **2/10/2021 03:30 PM** in U.S. Courthouse Pensacola before MAGISTRATE JUDGE HOPE T CANNON. Signed by MAGISTRATE JUDGE HOPE T CANNON on 2/5/2021. (kli) (Entered: 02/05/2021) |
| 02/10/2021 | 8 | Minute Entry for proceedings held before MAGISTRATE JUDGE HOPE T CANNON:Preliminary Hearing and Detention Hearing as to TRISTAN CHANDLER STEVENS held on 2/10/2021. Defendant is released under Order Setting Conditions of Release. Defendant shall appear before Magistrate Judge Robin Meriweather in the District of Columbia, February 18, 2021 at 1:00 p.m. ET. (Court Reporter Julie Wycoff.) (kli) (Entered: 02/10/2021) |
| 02/10/2021 | 9 | ORDER SETTING CONDITIONS OF RELEASE as to TRISTAN CHANDLER STEVENS. Signed by MAGISTRATE JUDGE HOPE T CANNON on 2/10/2021. (kli) (Entered: 02/10/2021) |
| 02/10/2021 | 10 | ORDER OF RELEASE ON CONDITIONS as to TRISTAN CHANDLER STEVENS. Signed by MAGISTRATE JUDGE HOPE T CANNON on 2/10/2021. (kli) (Entered: 02/10/2021) |
| 02/12/2021 | 11 | Rule 5 documents transmitted to District of Columbia (their Case No. 1:21-mj-00198) as to proceedings held in FLND as to TRISTAN CHANDLER STEVENS. (kli) (Entered: 02/12/2021) |